Robert K. Jones (State Bar No. 016228)
Andrew M. Gaggin (State Bar No. 034657)
**JACKSON LEWIS P.C.**
2111 E. Highland Ave., Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Robert.Jones@jacksonlewis.com
Andrew.Gaggin@jacksonlewis.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Drake Dixon,<br><br>          Plaintiff,<br><br> vs.<br><br>The Vanguard Group, Inc.,<br><br>          Defendant. | Case No:  2:19-cv-05305-CDB<br><br>**NOTICE OF SETTLEMENT** |

With Plaintiff's permission, Defendant hereby notifies the Court that the parties have reached a settlement in this matter.  Upon execution of a mutually agreeable written settlement agreement, the parties shall file a Stipulation to Dismiss with Prejudice.

DATED: February 18, 2020.

                                              JACKSON LEWIS P.C.

                                              By */s/Robert K. Jones*
                                                   Robert K. Jones
                                                   Andrew M. Gaggin
                                                   Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Chad Hunter Conelly
Molever Conelly PLLC
8161 E. Indian Bend Rd., Suite 103
Scottsdale, AZ  85250
*Attorney for Plaintiff*

By: */s/ Debbie Mattatall*

4849-7915-2308, v. 1

2